UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Mag. Judge Case No. 15-MJ-2162-MBB |
| ) | |
| Steven T. Fitzpatrick, ) | |
| Defendant ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Special Agent Joseph Tamuleviz, U.S. Drug Enforcement Administration, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Steven T. Fitzpatrick on an indictment filed in the Western District of Missouri charging the defendant with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.  A copy of said warrant and indictment are attached.

_____
Joseph Tamuleviz
Special Agent
U.S. Drug Enforcement Administration

Subscribed and sworn to before me this 3rd day of August, 2015.

_____
Hon. Marianne B. Bowler
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| Steven T. Fitzpatrick (7) | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Steven T. Fitzpatrick (7)                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One - Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 846.

Date: 07/29/2015

*Sarah W. Hays* (signature)
*Issuing officer's signature*

City and state: Kansas City, Missouri

Honorable Sarah W. Hays, Chief U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>1) JUSTIN A. CHERRY,<br>[DOB: 05/29/1981]<br><br>2) GABRIEL J. DEMARIA,<br>[DOB: 02/26/1977]<br><br>3) AMY M. ALLEY,<br>[DOB: 02/01/1985]<br><br>4) AMANDA F. ALLEY,<br>[DOB: 02/01/1985]<br><br>5) LAYTON R. FERRELL,<br>[DOB: 01/15/1985]<br><br>6) RODNEY A. LANE,<br>[DOB: 02/04/1978]<br><br>7) STEVEN T. FITZPATRICK,<br>[DOB: 12/12/1958]<br><br>8) CHRISTOPHER A. PERRYMAN,<br>[DOB: 08/11/1975]<br><br>9) CHRISTOPHER A. BOYNTON,<br>[DOB: 06/19/1974]<br><br>and<br><br>10) HEATHER J. MARTINEZ,<br>[DOB: 09/15/1988]<br><br>                Defendants. | Case No.<br><br>COUNT ONE: *Conspiracy to Distribute a Controlled Substance*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846<br>NMT 20 Years Imprisonment<br>NMT $5,000,000 Fine<br>NLT 3 Years Supervised Release:<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **COUNT ONE**

Between January 1, 2010, and the date of this Indictment, said dates being approximate, in the Western District of Missouri, JUSTIN A. CHERRY, GABRIEL J. DEMARIA, AMY M. ALLEY, AMANDA F. ALLEY, LAYTON R. FERRELL, RODNEY A. LANE, STEVEN T. FITZPATRICK, CHRISTOPHER L. PERRYMAN, CHRISTOPHER A. BOYNTON and HEATHER J. MARTINEZ, defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, both known and unknown, to distribute Oxycodone, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

                                                        A TRUE BILL.


Dated:      7/28/15                                 /s/ Thomas J. Rousey
            Kansas City, Missouri                 FOREPERSON OF THE GRAND JURY



___/s/ Joseph M. Marquez_____
Joseph M. Marquez
Assistant United States Attorney